Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-10-00347-CR

**IN RE** Johnathan **TAYLOR,** Relator

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:  May 19, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On May 4, 2010, relator, Johnathan Taylor, filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his *pro se* request for a speedy trial. Counsel has been appointed to represent relator in the criminal proceeding pending in the trial court for which he is currently confined. A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex.Crim.App.1995). A trial court has no legal duty to rule on a *pro se* motion filed with regard to a criminal proceeding in which the defendant is represented by counsel. *See Robinson*, 240 S.W.3d at 922. Consequently, the trial court did not abuse its

---

[1] This proceeding arises out of Cause No. 2009-CR-7592, styled *The State of Texas v. Jonathan Taylor*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Catherine Torres-Stahl presiding.

discretion by declining to rule on relator's *pro se* request.  Accordingly, relator's petition for writ of mandamus is denied.  TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH